**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

FIDELIS GANGBOBGA BAKOM,       )
                               )
        Petitioner,            )
                               )
v.                             )       Case No. CIV-26-510-D
                               )
UNITED STATES DISTRICT COURT,  )       (Consolidated into Case No.
                               )       CIV-26-681-D)
        Respondent.            )

**<u>ORDER</u>**

Before the Court is Petitioner's *pro se* Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 [Doc. No. 1]. After Petitioner filed this action *pro se*, an attorney acting on Petitioner's behalf filed a habeas petition in Case No. CIV-26-681-D, seeking the same or similar relief.

It being clear from a review of the pleadings in this case and in CIV-26-681-D that the actions involve common questions of law and fact, the Court finds that the actions should be consolidated. Consolidation will serve the interests of justice, avoid unnecessary costs and delays, and promote judicial economy.

**IT IS THEREFORE ORDERED** that this action is hereby consolidated with Case No. CIV-26-681-D, and this action (CIV-26-510-D) is administratively closed. All of the allegations, orders, and filings in the instant action are hereby deemed filed in the consolidated action, CIV-26-681-D. To the extent any party objects to this consolidation, the party shall file a notice of objection on or before April 14, 2026, which objection shall state briefly the reasons for the same.

1

Going forward, all filings shall be made only in the consolidated action. The caption of the surviving action shall be FIDELIS GANGBOBGA BAKOM, Petitioner v. ROBERT CERNA; PAMELA BONDI; MARKWAYNE MULLIN; and SCARLET GRANT, Respondents; Case No. CIV-26-681-D.

The Clerk is directed to file a copy of this Order in Case No. CIV-26-681-D.

**IT IS SO ORDERED** this 7th day of April, 2026.

_____

TIMOTHY D. DeGIUSTI
Chief United States District Judge

2